UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
NEUMAN, ADOLPH CHRISTOF    Case No. 05-20007 WS
　　　　　　　　　　　　　　　Chapter 7
　　　　　　　　　　　　　　　HON. Walter Shapero

_____ Debtor(s). _____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Capital One<br>P O Box 530092<br>Atlanta, GA 30353-0092 | 13 | $299.99 |
| Capital One<br>P O Box 34631<br>Seattle, WA 98124-1631 | 14 | $496.25 |
| N. Michigan Emergency Physicians LLP<br>West Branch Medical Center, P.O. Box 77000, Dept. 77055<br>Detroit, MI 48277-0055 | 15 | $30.55 |
| | **TOTAL** | **$826.79** |

Dated: November 15, 2010　　　　　　/s/ *Karen E. Evangelista (P36144)*
　　　　　　　　　　　　　　　　　　KAREN E. EVANGELISTA, Trustee
　　　　　　　　　　　　　　　　　　439 S. Main St., Suite 250
　　　　　　　　　　　　　　　　　　Rochester, MI 48307
　　　　　　　　　　　　　　　　　　(248) 652-7992
　　　　　　　　　　　　　　　　　　Kee1008_tee@sbcglobal.net